**FILED**

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0538



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0538

Attorney for Appellant:

Don C. St. Peter, Esq.
Makayzia Counts, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 17255
Missoula, MT 59808
Telephone: (406) 728-8282
Facsimile: (406) 728-8141

_____

IN THE MATTER OF THE ESTATE )
OF DARCY BROCKBANK, )
                           )
     Deceased. )
                           )
                           )
                           )
                           )

_____

## ORDER GRANTING EXTENSION OF TIME

_____

UPON REVIEW OF *Appellant's Motion for Extension of Time*, and good cause shown, IT IS HEREBY ORDERED that the Extension is GRANTED. Appellants shall file his Appellant's Opening Brief on or before February 2, 2024.

Page 1

DATED this ___ day of _____, 202__.

_____
Clerk of Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 27 2023